No. 72–7. FIRESTONE v. TIME, INC. C. A. 5th Cir. Certiorari denied.

No. 72–13. SEGURA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–14. CARLTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–15. SCHAACK v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–18. ENGLE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–27. BITTNER v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 72–30. EGAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–31. HONOLULU RAPID TRANSIT CO., LTD. v. PUBLIC UTILITIES COMMISSION OF HAWAII ET AL. C. A. 9th Cir. Certiorari denied.

No. 72–33. WILLIAMS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–38. SOUTHWESTERN BELL TELEPHONE CO. v. FRANKE ET AL. Sup. Ct. Mo. Certiorari denied.

No. 72–43. COHN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–47. HAYDEN PUBLISHING CO., INC., ET AL. v. VAN VALKENBURGH, NOOGER & NEVILLE, INC. Ct. App. N. Y. Certiorari denied.